# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>MARK STEPHEN CRUZ SANTOS (7)<br><br>　　　　　　　　　　Defendant. | Case No. 12CR5229-JAH<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>MAY 1 6 2016 |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__　　Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__　　the Court has dismissed the case for unnecessary delay; or

X　　the Court has granted the motion of the Government for dismissal, with prejudice; or

__　　the Court has granted the motion of the defendant for a judgment of acquittal; or
__　　a jury has been waived, and the Court has found the defendant not guilty; or

__　　the jury has returned its verdict, finding the defendant not guilty;

X　　of the offense(s) as charged in the Superseding Indictment:

　　　18:371 – Conspiracy to Commit Offenses Against the United States

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 5/13/2016

　　　　　　　　　　　　　　　　　　　　Hon. David H. Bartick
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge